AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

FILED
JUL 25 2019
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Pedro Martinez-Torres (1) | ) | Case No. |
| Ismael Bermudez-Sosa (2) | ) | 4:19MJ390 |
| Hector Pacheco-Rodriguez (3) | ) | |
| Omar Martinez-Alcaraz (4) | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 2018 to the present** in the county of **Denton** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to posses with the intent to distribute a mixture or substance containing a detectable amount of cocaine |

This criminal complaint is based on these facts:

See the attached affidavit of DEA Task Force Officer Prudencio Solis

☐ Continued on the attached sheet.

*Complainant's signature*

DEA Task Force Officer Prudencio Solis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/25/2019 9:15am

*Judge's signature*

City and state: Sherman, Texas

Christine A. Nowak, U.S. Magistrate Judge
*Printed name and title*