IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR159 |
| | § | Judge Jordan |
| EDUARDO LEON (1) | § | |
| JAZLYN MAGALY SCOTT (2) | § | |
| RALPHIE LOPEZ (3) | § | |
| ANTHONY NORMAN MORSE (4) | § | |
| CATHERINE VEGA (5) | § | |
| DANIEL MARTINEZ (6) | § | |
| PEDRO MARTINEZ TORRES (7) | § | |
| VICENTE ESTRADA YANEZ (8) | § | |
| TOMMY RAY BUTLER (9) | § | |
| RICARDO RUIZ RODRIGUEZ (10) | § | |
|   a.k.a. "Saturnino Volanos-Rangel" | § | |
| ISMAEL BERMUDEZ-SOSA (11) | § | |
| HECTOR PACHECO-RODRIGUEZ (12) | § | |
| OMAR MARTINEZ-ALCARAZ (13) | § | |
| JORGE AMERICO NEGRETE (14) | § | |
| ALEXANDRO JAVIER LARA (15) | § | |
|   a.k.a. "El Dueno" | § | |

FILED
JAN 8 - 2020
Clerk, U.S. District Court
Texas Eastern

**<u>THIRD SUPERSEDING INDICTMENT</u>**

THE UNITED STATES GRAND JURY CHARGES:

<u>Count One</u>

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime in or about January 2017, and continuously thereafter up to and including January 8, 2020, in the Eastern District of Texas, and elsewhere,

**Eduardo Leon**
**Jazlyn Magaly Scott**

Third Superseding Indictment/Notice of Penalty – Page 1

                Ralphie Lopez
          Anthony Norman Morse
              Catherine Vega
              Daniel Martinez
          Pedro Martinez Torres
Ricardo Ruiz Rodriguez, a.k.a. "Saturnino Volanos-Rangel"
           Ismael Bermudez-Sosa
        Hector Pacheco-Rodriguez
         Omar Martinez-Alcaraz
         Jorge Americo Negrete
          Vicente Estrada Yanez
           Tommy Ray Butler
   Alexandro Javier Lara, a.k.a. "El Dueno"

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of 21 U.S.C. § 841(a)(1).

    In violation of 21 U.S.C. § 846.

## Count Two

                        Violation:  21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

    That from sometime in or about January 2017, and continuously thereafter up to and including January 8, 2020, in the Eastern District of Texas, and elsewhere,

              Eduardo Leon
          Jazlyn Magaly Scott
            Ralphie Lopez
        Anthony Norman Morse
           Catherine Vega
           Daniel Martinez

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Third Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____         1/8/2020
ERNEST GONZALEZ                                Date
Assistant United States Attorney

Third Superseding Indictment/Notice of Penalty – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19CR159 |
| | § | Judge Crone |
| EDUARDO LEON (1) | § | |
| JAZLYN MAGALY SCOTT (2) | § | |
| RALPHIE LOPEZ (3) | § | |
| ANTHONY NORMAN MORSE (4) | § | |
| CATHERINE VEGA (5) | § | |
| DANIEL MARTINEZ (6) | § | |
| PEDRO MARTINEZ TORRES (7) | § | |
| VICENTE ESTRADA YANEZ (8) | § | |
| TOMMY RAY BUTLER (9) | § | |
| RICARDO RUIZ RODRIGUEZ (10) | § | |
| a.k.a. "Saturnino Volanos-Rangel" | § | |
| ISMAEL BERMUDEZ-SOSA (11) | § | |
| HECTOR PACHECO-RODRIGUEZ (12) | § | |
| OMAR MARTINEZ-ALCARAZ (13) | § | |
| JORGE AMERICO NEGRETE (14) | § | |
| ALEXANDRO JAVIER LARA (15) | § | |
| a.k.a. "El Dueno" | § | |

**Count One**

Violation:   21 U.S.C. § 846

Penalty:   If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

Special Assessment:   $100.00

## Count Two

Violation:     21 U.S.C. § 846

Penalty:     If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

Special Assessment: $100.00